# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Paul F. Mammay　　　　　　　　　　　　　　　　CHAPTER 13
　　　　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 23-20748 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of CSMC 2018-RPL3 Trust and index same on the master mailing list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Brian C. Nicholas
　　　　　　　　　　　　　　　　　Brian Nicholas
　　　　　　　　　　　　　　　　　12 Apr 2023, 06:49:29, EDT

　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esq. (317240) ☑
　　　　　　　　　　　　　　　　　Denise Carlon, Esq. (317226) ☐
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com