| CO. | FILE | DEPT. | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| 967 | 000123 | 430130 | | 0000120030 | 1 |

# Earnings Statement  ADP

BELLEVUE BOROUGH
537 BAYNE AVE
PITTSBURGH  PA  15202

Period Beginning:  03/05/2023
Period Ending:     03/18/2023
Pay Date:          03/24/2023

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  2

PAUL MAMMAY
162 E. WEDGEWOOD DRIVE
PITTSBURGH PA 15229

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Extra Dpw Pay | 30.5500 | 80.00 | 2,444.00 | 7,943.00 |
| Regular | | | | 1,182.00 |
| Holiday | | | | 472.80 |
| Personal | | | | 118.20 |
| Sick | | | | 3,309.60 |
| Vacation | | | | 1,418.40 |
| **Gross Pay** | | | **$2,444.00** | 14,444.00 |

Your federal taxable wages this period are
$2,283.54

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Personal | 12.00 | |
| Sick | 72.00 | |
| Vacation | 120.00 | |
| Totl Hrs Worked | 80.00 | |
| Pers Used | | 4.00 |
| Sick Used | | 112.00 |
| Vac Used | | 48.00 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -149.11 | 869.31 |
| | Social Security Tax | -147.64 | 872.20 |
| | Medicare Tax | -34.53 | 203.98 |
| | PA State Income Tax | -73.11 | 431.88 |
| | Bellevue Bor Local Svc Tax | -2.00 | 12.00 |
| | Ross Twp Income Tax | -23.81 | 140.66 |
| | PA SUI Tax | -1.71 | 10.11 |
| | **Other** | | |
| | Health Ins | -62.70* | 376.20 |
| | Support | -200.50 | 1,203.00 |
| | TEAMSTER PENSIO | -97.76* | 577.76 |
| | **Net Pay** | **$1,651.13** | |
| | Checking 1 | -1,641.13 | |
| | Savings 1 | -10.00 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

BELLEVUE BOROUGH
537 BAYNE AVE
PITTSBURGH PA 15202

Advice number:  00000120030
Pay date:       03/24/2023

Deposited to the account of
PAUL MAMMAY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6274 | xxxx xxxx | $1,641.13 |
| xxx4495 | xxxx xxxx | $10.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 967 | 000123 | 430130 | | 0000140030 | 1 |

## Earnings Statement 

BELLEVUE BOROUGH
537 BAYNE AVE
PITTSBURGH PA 15202

Period Beginning: 03/19/2023
Period Ending: 04/01/2023
Pay Date: 04/06/2023

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2

PAUL MAMMAY
162 E. WEDGEWOOD DRIVE
PITTSBURGH PA 15229

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Extra Dpw Pay | 30.5500 | 80.00 | 2,444.00 | 10,387.00 |
| Regular | | | | 1,182.00 |
| Holiday | | | | 472.80 |
| Personal | | | | 118.20 |
| Sick | | | | 3,309.60 |
| Vacation | | | | 1,418.40 |
| **Gross Pay** | | | **$2,444.00** | 16,888.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,283.54

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Personal | 12.00 | |
| Sick | 72.00 | |
| Vacation | 120.00 | |
| Totl Hrs Worked | 80.00 | |
| Pers Used | | 4.00 |
| Sick Used | | 112.00 |
| Vac Used | | 48.00 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -149.11 | 1,018.42 | |
| Social Security Tax | -147.64 | 1,019.84 | |
| Medicare Tax | -34.53 | 238.51 | |
| PA State Income Tax | -73.11 | 504.99 | |
| Bellevue Bor Local Svc Tax | -2.00 | 14.00 | |
| Ross Twp Income Tax | -23.81 | 164.47 | |
| PA SUI Tax | -1.71 | 11.82 | |
| **Other** | | | |
| Dpw Union Due | -78.00 | | |
| Health Ins | -62.70* | 438.90 | |
| Support | -200.50 | 1,403.50 | |
| TEAMSTER PENSIO | -97.76* | 675.52 | |
| **Net Pay** | **$1,573.13** | | |
| Checking 1 | -1,563.13 | | |
| Savings 1 | -10.00 | | |
| **Net Check** | **$0.00** | | |

© 2000 ADP Inc.

BELLEVUE BOROUGH
537 BAYNE AVE
PITTSBURGH PA 15202

Advice number: 00000140030
Pay date: 04/06/2023

THIS IS NOT A CHECK

Deposited to the account of
PAUL MAMMAY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6274 | xxxx xxxx | $1,563.13 |
| xxx4495 | xxxx xxxx | $10.00 |

**NON-NEGOTIABLE**