IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-20748-JAD |
| | : | |
| Paul F. Mammay, | : | Chapter 13 |
|         Debtor, | : | |
| | : | |
| Paul F. Mammay, | : | |
|         Movant, | : | |
| | : | Related to Document No. 1 |
| v. | : | |
| | : | |
| No Respondent. | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Dennis J. Spyra, Esq., counsel for the debtor in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

        By:    /s/ Dennis J. Spyra, Esq.
                      Dennis J. Spyra, Esq.
                      3265 Long Hollow Road
                      Elizabeth, PA 15037
                      (412) 673-5228
                      attorneyspyra@dennisspyra.com
                      PA I.D. # 46188

CSMC 2018-RPL3 Trust
3217 S. Decker Lake Drive
Salt Lake City, UT 84119

Jordan Tax Service, Inc.
102 Rahway Road
McMurray, PA 15317

KML Law Group, P.C.
Geraldine M. Linn, Esq.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1532

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250