IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-20748-JAD |
| | : | Chapter 13 |
| Paul F. Mammay, | : | |
|     Debtor, | : | |
| | : | Related to Document No. |
| Paul F. Mammay, | : | |
|     Movant, | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | August 16, 2023 at 10:00 a.m. |
| Select Portfolio Servicing, Inc., | : | |
|     Respondent. | : | |

**CERTIFICATE OF SERVICE OF OBJECTION TO PROOF OF CLAIM AND NOTICE OF HEARING AND RESPONSE DEADLINE**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 19, 2023.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: please see below.

<u>Service by First-Class Mail</u>:

| | |
|---|---|
| Paul F. Mammay | Select Portfolio Servicing, Inc. |
| 162 East Wedgewood Drive | P.O. Box 65250 |
| Pittsburgh, PA 15229 | Salt Lake City, UT 84165-0250 |

Brian C. Nicholas, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

<u>Service by NEF</u>:

| | |
|---|---|
| Office of the U.S. Trustee | Ronda J. Winnecour |
| 1001 Liberty Avenue | Suite 3250 USX Tower |
| Liberty Center, Suite 970 | 600 Grant Street |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219 |

| | | |
|---|---|---|
| EXECUTED ON: <u>July 19, 2023</u> | By: | /s/ Dennis J. Spyra, Esq. |
| | | Dennis J. Spyra, Esq. |
| | | 3265 Long Hollow Road |
| | | Elizabeth, PA 15037 |
| | | (412) 673-5228 |
| | | dennis@spyralawoffice.com |
| | | PA I.D. # 46188 |

**PAWB Local Form 7 (07/13)**