IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Bankruptcy No. 23-20748-JAD |
| Paul F. Mammay, | : | Chapter 7 |
|     Debtor, | : | |
| Paul F. Mammay, | : | Document No. 36 |
|     Movant, | : | |
|     v. | : | Hearing Date & Time: |
| Select Portfolio Servicing, Inc., | : | August 16, 2023 at 10:00 a.m. |
|     Respondent. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO CLAIM OF SELECT PORTFOLIO SERVICING, INC.**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Objection filed on July 19, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of Hearing, objections to the Objection were to be filed and served no later than August 5, 2023.

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

Dated: <u>August 7, 2023</u>　　　　　　　　　　　By:　<u>/s/ Dennis J. Spyra, Esq.</u>
　　　　　　　　　　　　　　　　　　　　　　　　Dennis J. Spyra, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　3265 Long Hollow Road
　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth, PA 15037
　　　　　　　　　　　　　　　　　　　　　　　　(412) 673-5228
　　　　　　　　　　　　　　　　　　　　　　　　dennis@spyralawoffice.com
　　　　　　　　　　　　　　　　　　　　　　　　PA I.D. # 46188